

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 3:23-cr-161 |
| | ) | |
| SUREN SEIRANOVICH MKRTCHYAN a/k/a "Sirius," "Armyanin," and "Armyashka," | ) ) ) | |
| | ) | |
| DMITRY BUDNIK a/k/a "Molot," | ) ) | |
| | ) | |
| VALERII LNU a/k/a "Val," | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| NAZAR LNU, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SEAL

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the

United States District Court for the Eastern District of Virginia, having moved to seal the

indictment, arrest warrants, Motion to Seal, proposed Order, and any other document filed in this

case; and

The Court, having found that sealing the aforementioned materials for a limited period of

time is in the public interest; having considered the available alternatives that are less drastic

than sealing, and finding none would suffice to protect the public interest; and finding that this

legitimate public interest outweighs at this time any interest in the disclosure of the materials; it

is hereby

ORDERED, ADJUDGED, and DECREED that the indictment, arrest warrants, Motion to

Seal, proposed Order, and any other document filed in this matter be SEALED until December

2

12, 2023, unless the government moves to unseal them before that time. The United States is allowed to disclose the indictment and arrest warrants as necessary to execute the arrest warrants as well as to officers and employees of other U.S. government agencies for their use in discharging their official duties.

/s/ SLS

The Honorable Summer L. Speight
United States Magistrate Judge

Date: 12/5/23
Richmond, Virginia

2