

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:23-cr-161 |
| ) | |
| SUREN SEIRANOVICH MKRTCHYAN ) | |
| a/k/a "Sirius," "Armyanin," and ) | |
| "Armyashka," ) | |
| ) | |
| DMITRY BUDNIK ) | |
| a/k/a "Molot," ) | |
| ) | |
| VALERII LNU ) | |
| a/k/a "Val," ) | |
| ) | |
| and ) | |
| ) | |
| NAZAR LNU, ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL
## THE INDICTMENT AND OTHER DOCUMENTS

The United States, by and through undersigned counsel, respectfully requests entry of an order unsealing the indictment and any other document previously sealed pursuant to the Order to Seal entered on December 5, 2023. At this juncture, public disclosure of those materials will neither compromise a pending criminal investigation nor undermine the public interest. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _/s/ Alex Blanchard_
Alexander E. Blanchard
Assistant United States Attorney