

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:23-cr-161 |
| | ) | |
| SUREN SEIRANOVICH MKRTCHYAN | ) | |
| a/k/a "Sirius," "Armyanin," and | ) | |
| "Armyashka," | ) | |
| | ) | |
| DMITRY BUDNIK | ) | |
| a/k/a "Molot," | ) | |
| | ) | |
| VALERII LNU | ) | |
| a/k/a "Val," | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NAZAR LNU, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter having come before the Court on the government's motion to unseal the indictment and any other document previously sealed pursuant to the Order to Seal entered on December 5, 2023 (hereinafter, the "Motion"), and the Court having concluded that the government has shown good cause therefore, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the indictment and any other document previously sealed in this case be promptly UNSEALED.

The Clerk of Court is directed to ensure compliance with this Order.

Date: 12/6/23
Richmond, Virginia

/s/ AK
Hon. Summer L. Speight
United States Magistrate Judge